IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,                              CIV. NO. S-10-1044 MCE GGH

    vs.

ELIAS MUNOZ RODRIGUEZ, et al.,

    Defendants.                          ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on October 21, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(h).

        Accordingly, IT IS ORDERED that:

        1. The October 21, 2010 hearing on the motion for default judgment, filed September 10, is vacated; and

        2. The motion is submitted on the record.

DATED: October 15, 2010

                                      /s/ Gregory G. Hollows
                                      U. S. MAGISTRATE JUDGE

GGH:076:J&JSports1044.vac.wpd