UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

J & J SPORTS PRODUCTIONS, INC.                    **DEFAULT JUDGMENT**

   v.

                                        Case No. CIV S-2:10-cv-1044 KJM GGH

**RODRIGUEZ, et al.**

_____

        **IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED in the amount $23,328.00 against defendants:

**Elias Munoz Rodriguez**
*Individually & doing business as*
Hacienda Los Portales Restaurant a/k/a La Noria Restaurant;

**Rocio Araceli Rodriguez**
*Individually & doing business as*
Hacienda Los Portales Restaurant a/k/a La Noria Restaurant;

**La Noria Enterprises**
*an unknown business entity, doing business as*
Hacienda Los Portales Restaurant a/k/a La Noria Restaurant

July 28, 2011

                                                        VICTORIA C. MINOR, CLERK

                                                        By:  _/s/G. Michel_____
                                                             G. Michel, Deputy Clerk