UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J Sports Productions, Inc, <br><br> Plaintiff, <br><br> v. <br><br> Elias Muñoz Rodriguez, et al., <br><br> Defendants. | No. 2:10-CV-01044-KJM-GGH <br><br> RENEWAL OF JUDGMENT |

  Plaintiff requests renewal of the original default judgment in this case, F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320. *See* ECF No. 22. Good cause appearing, judgment in favor of plaintiff, J&J Sports Productions, Inc, and against defendant, Elias Munoz Rodriguez, individually and d/b/a Hacienda Los Portales Restaurant a/k/a La Noria Restaurant; Rocio Araceli Rodriguez d/b/a Hacienda Los Portales Restaurant a/k/a La Noria Restaurant; La Noria Enterprises d/b/a Hacienda Los Portales Restaurant a/k/a La Noria Restaurant, entered on July 28, 2011 (ECF No. 17), is hereby renewed in the amounts set forth below:

  a. Total judgment            $   23,328.00

  b. Costs after judgment         $     00.00

  c. Subtotal (add a and b)         **$**   23,328.00

  d. Credits               $     00.00

  e. Subtotal (subtract d from c)      **$**   23,328.00

|     |                                                                    |       |           |
|-----|--------------------------------------------------------------------|-------|-----------|
| f.  | Interest after judgment (.18%)                                     | $     | 416.91    |
| g.  | Fee for filing renewal of application                              | $     | 00.00     |
| h.  | Total renewed judgment (add e, f and g)                            | $     | 23,744.91 |

IT IS ORDERED that the Clerk of the Court shall serve this renewed judgment on the defaulting defendants at the address indicated on plaintiff's proof of service of the instant request. This order resolves ECF No. 22.

DATED: July 7, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE